## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:      NAKEYA BLACKMON        : CHAPTER 13
:
:
:
            DEBTOR                 : BANKRUPTCY NO. 16-17708MDC

### CERTIFICATION OF NO-OBJECTION OR RESPONSE

I, Zachary Perlick, Esquire, hereby certify that I filed an Application for Approval of Compensation on March 21, 2017 and gave notice to the Debtor, the Trustee, and all interested parties that they had twenty (20) days to file an answer, objection or other responsive pleading; that more than twenty (20) days have passed since the notices were mailed and I have not received an Answer, objection or other responsive pleading. I therefore request that the court enter the Order accompanying said application.

BY   /s/ Zachary Perlick
     Zachary Perlick, Esquire
     1420 Walnut Street, Suite 718
     Philadelphia, PA  19107
     (215) 569-2922