United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 16-17708-mdc
Nakeya Blackmon                                                 Chapter 13
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Virginia          Page 1 of 1          Date Rcvd: May 11, 2017
                             Form ID: 155             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 13, 2017.
db              +Nakeya Blackmon,    402 Colwyn Ave.,    Darby, PA 19023-2717

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 13, 2017                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 11, 2017 at the address(es) listed below:
          BRIAN CRAIG NICHOLAS     on behalf of Creditor    NATIONSTAR MORTGAGE LLC bnicholas@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          DENISE ELIZABETH CARLON     on behalf of Creditor     NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
          MATTEO SAMUEL WEINER     on behalf of Creditor     NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
          THOMAS I. PULEO     on behalf of Creditor     NATIONSTAR MORTGAGE LLC tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          United States Trustee     USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER     ecfemails@ph13trustee.com,    philaecf@gmail.com
          ZACHARY  PERLICK     on behalf of Debtor Nakeya  Blackmon Perlick@verizon.net,
           pireland1@verizon.net
                                                                            TOTAL: 7

### *UNITED STATES BANKRUPTCY COURT*
### *EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Nakeya Blackmon
    Debtor(s)

Chapter: 13

Bankruptcy No: 16–17708–mdc

---

### *ORDER CONFIRMING PLAN UNDER CHAPTER 13*

AND NOW, this May 11, 2017 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

Magdeline D. Coleman
Judge ,
United States Bankruptcy Court

33
Form 155