# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                         Chapter 13

                         Bankruptcy No. 16-17708-MDC

NAKEYA BLACKMON

402 COLWYN AVE.

DARBY, PA 19023

    Debtor

## **CERTIFICATE OF SERVICE**

    **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    NAKEYA BLACKMON

    402 COLWYN AVE.

    DARBY, PA 19023

Counsel for debtor(s), by electronic notice only.

    ZACHARY PERLICK, ESQ.
    1420 WALNUT ST
    SUITE 718
    PHILADELPHIA, PA 19102-

                                                     /S/ William C. Miller

Date: 9/28/2017                                 _____

                                                     William C. Miller, Esquire
                                                     Chapter 13 Standing Trustee