United States Bankruptcy Court
Eastern District of Pennsylvania

In re:　　　　　　　　　　　　　　　　　　　　　　　　　　　Case No. 16-17708-mdc
Nakeya Blackmon　　　　　　　　　　　　　　　　　　　　　Chapter 13
　　　　Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2　　　User: Virginia　　　Page 1 of 2　　　Date Rcvd: Nov 03, 2017
　　　　　　　　　　　　　Form ID: pdf900　　　Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 05, 2017.
```
db           +Nakeya Blackmon,    402 Colwyn Ave.,    Darby, PA 19023-2717
13817552      C.P.S., Inc.,    P.O. Box 57071,    Irvine, CA 92619-7071
13817553      Capital One,    P.O. Box 85617,    Richmond, VA 23276-0001
13817555      HSBC,    Mortgage Service Center,    POB 5452,    Mount Laurel, NJ 08054-5452
13882504    ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
             (address filed with court: Nationstar Mortgage LLC,   Attn: Bankruptcy Dept,   P.O. Box 619096,
              Dallas, TX 75261-9741)
13817556     +PECO Bankruptcy Collections,    2301 Market Street, N3-1,    Philadelphia, PA 19103-1338
13817558    ++T MOBILE,    C O AMERICAN INFOSOURCE LP,    4515 N SANTA FE AVE,    OKLAHOMA CITY OK 73118-7901
             (address filed with court: T-Mobile,   PO Box 742596,   Cincinnati, OH 45274)
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: bankruptcy@phila.gov Nov 04 2017 01:37:15     City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 04 2017 01:36:35      Pennsylvania Department of Revenue,
               Bankruptcy Division,    P.O. Box 280946,    Harrisburg, PA  17128-0946
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 04 2017 01:37:07      U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13821711      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 04 2017 01:45:10       American InfoSource LP as agent for,
               T Mobile/T-Mobile USA Inc,    PO Box 248848,    Oklahoma City, OK  73124-8848
13867760     +E-mail/Text: bankruptcy@consumerportfolio.com Nov 04 2017 01:37:00       CONSUMER PORTFOLIO SERVICES, INC.,
               P.O. BOX 57071,    IRVINE, CA. 92619-7071
13817554      E-mail/PDF: creditonebknotifications@resurgent.com Nov 04 2017 01:45:19       Credit One Bank,
               PO Box 98872,    Las Vegas, NV 89193-8872
13940967     +E-mail/Text: cio.bncmail@irs.gov Nov 04 2017 01:36:19      Internal Revenue Service,
               Centralized Insolvency Operation,    Po Box 7317,    Philadelphia, PA 19101-7317
13861367      E-mail/PDF: resurgentbknotifications@resurgent.com Nov 04 2017 01:45:07       LVNV Funding, LLC its successors and assigns as,   assignee of FNBM, LLC,
               Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13824128      E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Nov 04 2017 01:45:32       Regional Acceptance Corporation,
               PO Box 1847,    Wilson, NC 27894-1847
13817557     +E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Nov 04 2017 01:45:32       Regional Acceptance Corporation,
               PO Box 6000,    Winterville, NC 28590-6000
                                                                                              TOTAL: 10

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 05, 2017　　　　　　　　　　　　　　　　Signature:　/s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 3, 2017 at the address(es) listed below:
```
          BRIAN CRAIG NICHOLAS    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bnicholas@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          DENISE ELIZABETH CARLON    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
          MATTEO SAMUEL WEINER    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
          THOMAS I. PULEO    on behalf of Creditor    NATIONSTAR MORTGAGE LLC tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
```

```
District/off: 0313-2          User: Virginia              Page 2 of 2                  Date Rcvd: Nov 03, 2017
                              Form ID: pdf900             Total Noticed: 17
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
          ZACHARY   PERLICK    on behalf of Debtor Nakeya  Blackmon Perlick@verizon.net, pireland1@verizon.net

          TOTAL: 7

Case 16-17708-mdc   Doc 48   Filed 11/05/17   Entered 11/06/17 00:01:33   Desc Imaged
Certificate of Notice   Page 2 of 3

UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

NAKEYA BLACKMON                    Chapter 13

                Debtor              Bankruptcy No. 16-17708-MDC

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

**AND NOW**, this _2nd_ day of _November_, 2017, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____
Magdeline D. Coleman
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
ZACHARY PERLICK, ESQ.
1420 WALNUT ST
SUITE 718
PHILADELPHIA, PA 19102-

Debtor:
NAKEYA BLACKMON

402 COLWYN AVE.

DARBY, PA 19023